IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MONSTER ENERGY COMPANY, ) | |
| ) | |
| Plaintiff, ) | Case No. 16-cv-00622 |
| ) | |
| v. ) | **Judge John J. Tharp, Jr.** |
| ) | |
| XIANDA LIN, et al., ) | **Magistrate Judge Susan E. Cox** |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF MONSTER ENERGY COMPANY'S *EX PARTE* MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION, A TEMPORARY TRANSFER OF THE DEFENDANT DOMAIN NAMES, A TEMPORARY ASSET RESTRAINT, EXPEDITED DISCOVERY, AND SERVICE OF PROCESS BY E-MAIL AND/OR ELECTRONIC PUBLICATION**

Plaintiff Monster Energy Company ("MEC" or "Plaintiff") seeks entry of an *ex parte* temporary restraining order, including a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of Unauthorized Monster Energy Products, a temporary transfer of the Defendant Domain Names, a temporary asset restraint, expedited discovery, and service of process by e-mail and/or electronic publication in an action arising out of 15 U.S.C. § 1114; Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d); the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510, *et seq.*, and the U.S. Copyright Act, 17 U.S.C. § 101, *et seq*. A Memorandum of Law in Support is filed concurrently with this Motion.

1

Dated this 19th day of January 2016.    Respectfully submitted,

/s/ Justin R. Gaudio
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
kguynn@gbclaw.net
aziegler@gbclaw.net
jgaudio@gbclaw.net
jbloodgood@gbclaw.net

*Attorneys for Plaintiff Monster Energy Company*