**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MONSTER ENERGY COMPANY, | ) | |
| | ) | Case No. 16-cv-00622 |
| Plaintiff, | ) | |
| | ) | **Judge John J. Tharp, Jr.** |
| v. | ) | |
| | ) | **Magistrate Judge Susan E. Cox** |
| XIANDA LIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**FINAL JUDGMENT ORDER
<u>AGAINST THE DEFENDANTS IDENTIFIED IN AMENDED SCHEDULE A</u>**

This action having been commenced by Plaintiff Monster Energy Company ("MEC") against the defendants identified on Schedule A and using the Defendant Domain Names and Online Marketplace Accounts (collectively, the "Defendant Internet Stores"), and MEC having moved for entry of Default and Default Judgment against the defendants identified in Amended Schedule A, (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by MEC, a temporary restraining order and preliminary injunction against Defaulting Defendants which included a domain name transfer order and asset restraining order;

MEC having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered the Amended Complaint or otherwise filed a responsive pleading, and the time for answering the Amended Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Internet Stores through which Illinois residents can purchase products bearing counterfeit versions of MEC's MONSTER ENERGY Trademarks (which are defined in the below chart) and/or unauthorized copies of the Monster Energy Copyrighted Designs (including, but not limited to, "Stylized claw with jagged edges (original version)" (U.S. Copyright Registration No. VA 1-789-900), issued by the Register of Copyrights on October 11, 2011, and "Stylized claw with jagged edges (2007)" (U.S. Copyright Registration No. VA 1-789-991), issued by the Register of Copyrights on October 11, 2011, and the following corresponding supplemental registrations changing ownership name from Hansen Beverages Company to Monster Energy Company: VA 1-433-242 and VA 1-433-574), such products collectively referred to herein as the "Unauthorized Monster Energy Products".

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 2,903,214 |  | Nov. 16, 2004 | For: Drinks, namely, carbonated soft drinks, carbonated drinks enhanced with vitamins, minerals, nutrients, amino acids and/or herbs, carbonated and non-carbonated energy or sports drinks, fruit juice drinks having a juice content of 50% or less by volume that are shelf stable, but excluding perishable beverage products that contain fruit juice or soy, whether such products are pasteurized or not |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | in class 032. |
| 3,057,061 | MONSTER ENERGY | Feb. 7, 2006 | For: fruit juice drinks having a juice content of 50% or less by volume that are shelf stable, carbonated soft drinks, carbonated drinks enhanced with vitamins, minerals, nutrients, amino acids and/or herbs, but excluding perishable beverage products that contain fruit juice or soy, whether such products are pasteurized or not in class 032. |
| 3,134,841 |  | Aug. 29, 2006 | For: Beverages, namely, carbonated soft drinks, carbonated soft drinks enhanced with vitamins, minerals, amino acids and/or herbs, carbonated energy and sports drinks, fruit juice drinks having a juice content of 50% or less by volume that are shelf stable, but excluding perishable beverage products that contain fruit juice or soy, whether such products are pasteurized or not in class 032. |
| 4,051,650 |  | November 8, 2011 | For: Clothing, namely, t-shirts, hooded shirts and hooded sweatshirts, sweat shirts, jackets, pants, bandanas, sweat bands and gloves; headgear, namely hats and beanies in class 025. |
| 3,963,669 |  | May 17, 2011 | For: All-purpose sport bags; all-purpose carrying bags; backpacks; duffel bags in class 018. |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 3,963,668 |  | May 17, 2011 | For: Stickers; sticker kits comprising stickers and decals; decals; posters in class 016. |
| 3,923,683 |  | February 22, 2011 | For: All-purpose sport bags; all-purpose carrying bags; backpacks; duffle bags in class 018. |
| 3,908,601 |  | January 18, 2011 | For: Clothing, namely, t-shirts, hooded shirts and hooded sweatshirts, sweat shirts, jackets, pants, bandanas, sweat bands and gloves; headgear, namely, hats and beanies in class 025. |
| 3,908,600 |  | January 18, 2011 | For: Stickers; sticker kits comprising stickers and decals; decals in class 016. |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 4,332,062 |  | May 7, 2013 | For: Silicone wrist bands; Silicone bracelets; Jewelry, namely, bracelets and wristbands in class 014. |
| 4,011,301 |  | August 16, 2011 | For: Sports helmets; video recordings featuring sports, extreme sports, and motor sports in class 009. |
| 3,914,828 |  | February 1, 2011 | For: Sports helmets in class 009. |
| 4,660,598 |  | December 23, 2014 | For: Lanyards; Lanyards for holding whistles, keys, eyeglasses, sunglasses, mobile telephones, badges, identification cards, event passes, media passes, photographs, recording equipment, or similar conveniences in class 022. |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), cybersquatting (15 U.S.C. § 1125(d)) as to certain Defaulting Defendants operating a domain name incorporating MONSTER ENERGY Trademarks, violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, *et seq.*), and copyright infringement (17 U.S.C. §§ 106 and 501, *et seq.*) as to certain Defaulting Defendants[1] offering for sale products that infringe United States Copyright Registration Nos. VA 1-789-900 and VA 1-789-991, and the following corresponding supplemental registrations changing ownership name from Hansen Beverages Company to Monster Energy Company: VA 1-433-242 and VA 1-433-574 (collectively, the "Monster Energy Copyrighted Designs").

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1.    Defaulting Defendants, their affiliates officers, agents, servants, employees, attorneys, confederates, and all other persons acting for, with, by, through, under, or in active concert or participation with them be permanently enjoined and restrained from:

---

[1] The following Defaulting Defendants (with corresponding Amended Schedule A line number) are not alleged to have infringed the Monster Energy Copyrighted Designs: atopmotor (line 189), Au-Motor Master (lines 138 and 139), baosheng_motorcycle (line 190), chinese-moto-parts (line 197), Drawnsun iMotor Store (line 240), easy-joy-seller (line 241), EforHome (line 145), FirstTo Store (line 148), Global-bicycle (line 149), Guangzhou Houde Electronic Technology Co., Ltd. (line 246), Guangzhou Zsmell Auto Accessories Firm (line 124), henbesto (line 204), loveyourselfdecorations (line 211), lvzhj (line 212), Nanjing Popcreate Business Consultation Co., Ltd. (line 126), Oriental outdoor store (line 164), qinglongyy (line 217), ssbike2014 (line 221), TOP Channel Wholesale Co.,Ltd (line 175), VELO ZEST (line 180), Xinxin Mao Technology Co., Ltd. (line 182), xinxin_2018zyyd (line 256), Yiwu Wellled E-Commerce Firm (line 134), z-empire (line 232), and zxc_2012 (line 258).

a.  using the MONSTER ENERGY Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Monster Energy Product or not authorized by MEC to be sold in connection with the MONSTER ENERGY Trademarks;

b.  reproducing, distributing copies of, making derivative works of, or publicly displaying the Monster Energy Copyrighted Designs in any manner without the express authorization of MEC;

c.  passing off, inducing, or enabling others to sell or pass off any product as a genuine Monster Energy Product or any other product produced by MEC, that is not MEC's or not produced under the authorization, control or supervision of MEC and approved by MEC for sale under the MONSTER ENERGY Trademarks and/or the Monster Energy Copyrighted Designs;

d.  committing any acts calculated to cause consumers to believe that Defaulting Defendants' Unauthorized Monster Energy Products are those sold under the authorization, control or supervision of MEC, or are sponsored by, approved by, or otherwise connected with MEC;

e.  further infringing MEC's MONSTER ENERGY Trademarks and/or the Monster Energy Copyrighted Designs and damaging MEC's goodwill;

f.  otherwise competing unfairly with MEC in any manner;

g.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for MEC, nor authorized by MEC to be

7

sold or offered for sale, and which bear any MEC trademark, including the MONSTER ENERGY Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof and/or which bear the Monster Energy Copyrighted Designs;

h.  using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, the Defendant Domain Names, or any other domain name or online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell Unauthorized Monster Energy Products;

i.  operating and/or hosting websites at the Defendant Domain Names and any other domain names registered or operated by Defaulting Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the MONSTER ENERGY Trademarks or any reproductions, counterfeit copies or colorable imitations thereof and/or the Monster Energy Copyrighted Designs that is not a genuine Monster Energy Product or not authorized by MEC to be sold in connection with the MONSTER ENERGY Trademarks and/or the Monster Energy Copyrighted Designs; and

2.  The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within three (3) business days of receipt of this Order, shall, at MEC's choosing:

a. permanently transfer the Defendant Domain Names to MEC's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of MEC's selection; or

b. cancel the registrations for the Defendant Domain Names and make them inactive.

3. The domain name registrars, including, but not limited to, GoDaddy Operating Company, LLC ("GoDaddy"), Name.com, PDR LTD. d/b/a PublicDomainRegistry.com ("PDR"), 1api GmbH ("1api"), HEXONET GmbH ("HEXONET"), and Namecheap Inc. ("Namecheap"), within three (3) business days of receipt of this Order, shall take any steps necessary to transfer the Defendant Domain Names to a registrar account of MEC's selection.

4. Those in privity with Defaulting Defendants and with actual notice of this Order, including any online marketplaces such as iOffer and domain name registrars, including, but not limited to, GoDaddy, Name.com, PDR, 1api, HEXONET, and Namecheap, shall within three (3) business days of receipt of this Order:

a. disable and cease providing services for any accounts through which Defaulting Defendants, currently or in the future, engage in the sale of infringing goods using the MONSTER ENERGY Trademarks and/or copying the Monster Energy Copyrighted Designs, including, but not limited to, any accounts associated with the Defaulting Defendants listed on Amended Schedule A attached hereto; and

b. disable any account linked to Defaulting Defendants, linked to any e-mail addresses used by Defaulting Defendants, or linked to any Defendant Domain Names.

5. Pursuant to 15 U.S.C. § 1117(c)(2), MEC is awarded statutory damages from each of the Defaulting Defendants in the amount of two million dollars ($2,000,000) for willful use

of counterfeit MONSTER ENERGY Trademarks on products sold through at least the Defendant Internet Stores. The two million dollar ($2,000,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Amended Complaint and Amended Schedule A.

6. Pursuant to 17 U.S.C. § 504(c)(2), MEC is awarded statutory damages from each of the Defaulting Defendants, with the exception of those Defaulting Defendants listed in Footnote 1 hereof, in the amount of one hundred fifty thousand dollars ($150,000) for willful copyright infringement of the Monster Energy Copyrighted Designs. The one hundred fifty thousand dollar ($150,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Amended Complaint and Amended Schedule A.

7. PayPal, Inc. ("PayPal") shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any China or Hong Kong based accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

8. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by PayPal, are hereby released to MEC as partial payment of the above-identified damages, and PayPal is ordered to release to MEC the amounts from Defaulting Defendants' PayPal accounts within ten (10) business days of receipt of this Order.

9. Until MEC has recovered full payment of monies owed to it by any Defaulting Defendant, MEC shall have the ongoing authority to serve this Order on PayPal in the

event that any new PayPal accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, PayPal shall within two (2) business days:

a. locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites, including, but not limited to, any PayPal accounts connected to the information listed in Amended Schedule A hereto, the e-mail addresses identified in Exhibits 3 and 4 to the Declaration of Bruce Kingsland, and any e-mail addresses provided for Defaulting Defendants by third parties;

b. restrain and enjoin such accounts or funds that are China or Hong Kong based from transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. release all monies restrained in Defaulting Defendants' PayPal accounts to MEC as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

10. Until MEC has recovered full payment of monies owed to it by any Defaulting Defendant, MEC shall have the ongoing authority to serve this Order on any banks, savings and loan associations, payment processors, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within two (2) business days:

a. locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites, including, but not limited to, any accounts connected to the information listed in Amended Schedule A hereto, the e-mail addresses identified in Exhibits 3 and 4 to

the Declaration of Bruce Kingsland, and any e-mail addresses provided for Defaulting Defendants by third parties;

b.   restrain and enjoin such accounts or funds from receiving, transferring or disposing of any money or other of Defaulting Defendants' assets; and

c.   release all monies restrained in Defaulting Defendants' financial accounts to MEC as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

11.   In the event that MEC identifies any additional online marketplace accounts, domain names or financial accounts owned by Defaulting Defendants, MEC may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibits 3 and 4 to the Declaration of Bruce Kingsland and any e-mail addresses provided for Defaulting Defendants by third parties.

12.   The ten thousand dollar ($10,000) surety bond posted by MEC is hereby released to MEC or its counsel, Greer, Burns & Crain, Ltd.  The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to MEC or its counsel.

This is a Final Judgment.

DATED:  March 14, 2016

_____
U.S. District Court Judge John J. Tharp, Jr.

**Monster Energy Company v. Xianda Lin, et al. - Case No. 16-cv-622**

# Amended Schedule A

## Defendants

| No. | Name / Alias |
|-----|--------------|
| 1 | xianda lin |
| 2 | xianda lin 2 |
| 3 | Aaron G. Otero |
| 4 | agrgh agrgh rst |
| 5 | Alberto Garbin Garbin |
| 6 | Alice Gibson |
| 7 | alix alen |
| 9 | soldescasquette.fr |
| 10 | casquettesobeys.fr |
| 12 | April Tuomi |
| 13 | bei agrgh rst |
| 15 | Biao Chen |
| 16 | Brian Patterson |
| 17 | Caroline Sarvis |
| 18 | Charles Leonard |
| 19 | chen antuo |
| 20 | Chen BaiFei |
| 21 | Chen BaiFei |
| 22 | chen guijun |
| 23 | Chen JiangCheng |
| 24 | Chen KeMing |
| 25 | chen ting |
| 26 | chen wenchao |
| 27 | Chen Yanfang |
| 28 | chen zhonghuang |
| 29 | chubaty ryan |
| 30 | Cooper Lisa |
| 31 | Cory Holt |
| 32 | dai changjun |
| 33 | Dana Dittmer |
| 34 | DAVID NEILL |
| 35 | dddddd |
| 36 | dgdfg ag |
| 37 | monsterenergysports.com |
| 38 | dsasdf |

| 39 | eric li |
|----|---------|
| 40 | Erik Cardiel |
| 42 | Fan ZiHan |
| 43 | Feng Wang |
| 44 | Feng Wu |
| 45 | Florent Ferrer |
| 46 | Gaetan Belin |
| 47 | gdfg dfgdg |
| 48 | hdsfg ddh |
| 49 | he xiaozhu |
| 50 | huang wanzhen |
| 52 | irenbing l |
| 53 | Jack Stephan |
| 54 | Jane barrington |
| 55 | JIE CHEN |
| 56 | JIELUN999 JIELUN999 |
| 57 | Joe Arena |
| 58 | jordan micheal |
| 59 | jugui jian |
| 60 | jugui xu |
| 61 | KarenJones |
| 62 | KaterinaKarali |
| 64 | Klaus Kohl |
| 65 | Lee Hernandez |
| 66 | leonardocannata |
| 67 | leonie feierabend |
| 68 | li ning |
| 69 | lijinyan |
| 70 | liling |
| 71 | lin zheng yu |
| 72 | linrongshun |
| 74 | LornaHewlett |
| 76 | Maryse Bois |
| 77 | Maurilio De Nicolo |
| 78 | Melissa Shatley |
| 79 | Navi Senivota |
| 80 | OwenCoombe |
| 81 | cykelklader2016.com |
| 83 | Ross Smith |
| 84 | sheng Hua |
| 85 | Stone Emma |

| 86 | Suoha Nan |
|---|---|
| 88 | teo allan |
| 89 | terry james |
| 90 | Ulrike Eichmann |
| 91 | Wang MingBai |
| 92 | wang xiao li |
| 93 | wen ben zhou |
| 94 | jerseysweekend.com |
| 95 | William Johnson |
| 96 | Wo You |
| 97 | Wu Xianyong |
| 98 | xie ancai |
| 99 | xinqian Tyndall |
| 100 | xinqian Tyndall |
| 101 | xinqian Tyndall |
| 102 | xu jugui |
| 104 | yang Jiaxin |
| 105 | swaggsta100.com |
| 106 | yokama teo |
| 107 | YongTaoYongTao |
| 108 | Yu Yan Peng |
| 109 | Zhang Lian |
| 110 | Zhang Ye Ying |
| 111 | zhang yongtao |
| 112 | zhe dong |
| 113 | zheng sheng |
| 114 | zhu guocai |
| 115 | Zhu lanXin |
| 116 | Zhuhai Yingxun information technology limited |
| 117 | Zhuhai Yingxun Keji Limited |
| 121 | Dongguan Karon Metal Products Factory |
| 122 | Dongguan Super Gifts Co., Ltd. |
| 123 | Dongguan Ying Zhong Garments Company Limited |
| 124 | Guangzhou Zsmell Auto Accessories Firm |
| 125 | Jiaxing Picktomato Trading Co., Ltd. |
| 126 | Nanjing Popcreate Business Consultation Co., Ltd. |
| 127 | Shanghai Fayer Forever Industrial Co., Ltd. |
| 128 | Shanghai Vista There Sports Co., Ltd. |
| 129 | Shenzhen FineGreen Lighting Co., Ltd. |
| 130 | Shenzhen FineGreen Lighting Co., Ltd. |
| 131 | Wenzhou Feituo Auto Accessories Co., Ltd. |

| 132 | Yancheng Giant Optical-Tech Co., Ltd. |
|-----|----------------------------------------|
| 133 | Yiwu CG Trading Co., Ltd. |
| 134 | Yiwu Wellled E-Commerce Firm |
| 135 | Yiwu Zhongka Import & Export Co., Ltd. |
| 136 | Yongkang Wessex Craft Co., Ltd. |
| 137 | 80 Seconds Fairyland |
| 138 | Au-Motor Master |
| 139 | Au-Motor Master |
| 140 | Big Factory Retail Store -Delia-No1 |
| 141 | Chris Yi's store |
| 142 | Deal Shop |
| 143 | Deal Shop |
| 144 | Earth Family |
| 145 | EforHome |
| 146 | Elly clothing shop |
| 147 | Extraordinary tribe |
| 148 | FirstTo Store |
| 149 | Global-bicycle |
| 150 | INTERNATIONAL BRAND CAPS |
| 151 | INTERNATIONAL BRAND CAPS |
| 152 | jack neon |
| 153 | jia kang bao store |
| 154 | KISS GOLD |
| 155 | liming xu |
| 156 | Man vs Wild |
| 157 | Motorcycle-world |
| 158 | Motorcycle-World |
| 159 | Ms Jenny Dong's Store |
| 160 | Neon Light Sign Shop |
| 161 | New Hot Factory's store |
| 163 | Online Store 737340 |
| 164 | Oriental outdoor store |
| 165 | passion speed |
| 166 | QQ Tang store |
| 168 | Sanzo Store |
| 169 | Shanghai Shangyao Industry Co., Ltd |
| 170 | Shenzhen Sechunk Trading Co., Ltd. |
| 171 | Shiny Shiny Jewllery |
| 172 | SZ XINTONG Global Technology Co.,Ltd |
| 173 | The shop of small Jun |
| 174 | TOMY DREAM |

16

| 175 | TOP Channel Wholesale Co.,Ltd |
| 176 | Top Fashion International Trade Co. Ltd |
| 177 | TUOTU GROUP |
| 178 | U&X flagship store |
| 179 | U-Luckyer Trade |
| 180 | VELO ZEST |
| 181 | Victory Motor Accessories Limited |
| 182 | Xinxin Mao Technology Co., Ltd. |
| 183 | XOBD PLUS TOOLS TECH CO.,LTD |
| 184 | Zhongtong trade |
| 188 | andyjit |
| 189 | atopmotor |
| 190 | baosheng_motorcycle |
| 195 | care_motors |
| 196 | chinatrade-karl |
| 197 | chinese-moto-parts |
| 199 | every-thing-bys |
| 200 | evolution-online |
| 203 | happyhours1314 |
| 204 | henbesto |
| 205 | honglisi168 |
| 207 | huhv |
| 208 | jinli-jinli |
| 210 | lovemamaforever |
| 211 | loveyourselfdecorations |
| 212 | lvzhj |
| 213 | motorcycle-parts-the-supermarket |
| 214 | motor-icon |
| 215 | perfectblue2012 |
| 217 | qinglongyy |
| 219 | sinena.zuo_goodluck2011 |
| 221 | ssbike2014 |
| 223 | sunovsports |
| 225 | waikeionline_us |
| 226 | xialinge2012 |
| 227 | xiayige2012 |
| 230 | yafeetop |
| 231 | yellow-leaves |
| 232 | z-empire |
| 233 | icy2013 |
| 234 | auto.icon |

| 235 | beezbees |
|-----|----------|
| 238 | bodyjewelry007 |
| 239 | carlight2015 |
| 240 | Drawnsun iMotor Store |
| 241 | easy-joy-seller |
| 242 | e-share2015 |
| 245 | Guangzhou Bojin Garment Co., Ltd. |
| 246 | Guangzhou Houde Electronic Technology Co., Ltd. |
| 248 | J&H Shop |
| 251 | mrcar1988 |
| 254 | soooocool |
| 255 | usdeur2000 |
| 256 | xinxin_2018zyyd |
| 257 | yongchoone125 |
| 258 | zxc_2012 |

| Defendant Online Marketplace Accounts ||
|-----|------|
| **No** | **URL** |
| 1 | karonmetal.en.alibaba.com |
| 2 | dgsupergifts.en.alibaba.com |
| 3 | doallfits.en.alibaba.com |
| 4 | zsmell.en.alibaba.com |
| 5 | picktomato.en.alibaba.com |
| 6 | popcreate.com.cn |
| 7 | shfayerforever.en.alibaba.com |
| 8 | vistathere.en.alibaba.com |
| 9 | elflashing.en.alibaba.com |
| 10 | elflashing.en.alibaba.com |
| 11 | wzcangyun.en.alibaba.com |
| 12 | popsign.en.alibaba.com |
| 13 | forparty.en.alibaba.com |
| 14 | visun.en.alibaba.com |
| 15 | zkoutsport.en.alibaba.com/?spm=a2700.7803228.0.0.7DSBS0 |
| 16 | wessex.en.alibaba.com |
| 17 | aliexpress.com/store/1935517 |
| 18 | aliexpress.com/store/1901906 |
| 19 | aliexpress.com/store/1901906 |
| 20 | aliexpress.com/store/204587 |
| 21 | aliexpress.com/store/913686 |
| 22 | aliexpress.com/store/604034 |
| 23 | aliexpress.com/store/604034 |

| 24 | aliexpress.com/store/1315288 |
|----|------------------------------|
| 25 | aliexpress.com/store/236301 |
| 26 | aliexpress.com/store/239458 |
| 27 | aliexpress.com/store/1191225 |
| 28 | aliexpress.com/store/1963007 |
| 29 | aliexpress.com/store/1556318 |
| 30 | aliexpress.com/store/526926 |
| 31 | aliexpress.com/store/526926 |
| 32 | aliexpress.com/store/1813148 |
| 33 | aliexpress.com/store/512117 |
| 34 | aliexpress.com/store/1460776 |
| 35 | aliexpress.com/supplier-gs/wholesale-products/230851038-productlist.html |
| 36 | aliexpress.com/store/1757341 |
| 37 | aliexpress.com/store/711371 |
| 38 | aliexpress.com/store/711371 |
| 39 | aliexpress.com/store/1453123 |
| 40 | aliexpress.com/store/1939283 |
| 41 | aliexpress.com/store/122849 |
| 43 | aliexpress.com/store/737340 |
| 44 | aliexpress.com/store/1967155 |
| 45 | aliexpress.com/store/1849483 |
| 46 | aliexpress.com/store/1759281 |
| 48 | aliexpress.com/store/122925 |
| 49 | aliexpress.com/store/1152010 |
| 50 | aliexpress.com/store/1424169 |
| 51 | aliexpress.com/store/1485106 |
| 52 | aliexpress.com/store/1917124 |
| 53 | aliexpress.com/store/1953087 |
| 54 | aliexpress.com/store/1763493 |
| 55 | aliexpress.com/store/606472 |
| 56 | aliexpress.com/store/1178680 |
| 57 | aliexpress.com/store/1737030 |
| 58 | aliexpress.com/store/1955655 |
| 59 | aliexpress.com/store/1181015 |
| 60 | aliexpress.com/store/1872413 |
| 61 | aliexpress.com/store/1231520 |
| 62 | aliexpress.com/store/1210493 |
| 63 | aliexpress.com/store/1260809 |
| 64 | aliexpress.com/store/1383158 |
| 68 | ebay.com/usr/andyjit |
| 69 | ebay.com/usr/atopmotor |

| 70 | ebay.com/usr/baosheng_motorcycle |
|-----|----------------------------------|
| 75 | ebay.com/usr/care_motors |
| 76 | ebay.com/usr/chinatrade-karl |
| 77 | ebay.com/usr/chinese-moto-parts |
| 79 | ebay.com/usr/every-thing-bys |
| 80 | ebay.com/usr/evolution-online |
| 83 | ebay.com/usr/happyhours1314 |
| 84 | ebay.com/usr/henbesto |
| 85 | ebay.com/usr/honglisi168 |
| 87 | ebay.com/usr/huhv |
| 88 | ebay.com/usr/jinli-jinli |
| 90 | ebay.com/usr/lovemamaforever |
| 91 | ebay.com/usr/loveyourselfdecorations |
| 92 | ebay.com/usr/lvzhj |
| 93 | ebay.com/usr/motorcycle-parts-the-supermarket |
| 94 | ebay.com/usr/motor-icon |
| 95 | ebay.com/usr/perfectblue2012 |
| 97 | ebay.com/usr/qinglongyy |
| 99 | ebay.com/usr/sinena.zuo_goodluck2011 |
| 101 | ebay.com/usr/ssbike2014 |
| 103 | ebay.com/usr/sunovsports |
| 105 | ebay.com/usr/waikeionline__us |
| 106 | ebay.com/usr/xialinge2012 |
| 107 | ebay.com/usr/xiayige2012 |
| 110 | ebay.com/usr/yafeetop |
| 111 | ebay.com/usr/yellow-leaves |
| 112 | ebay.com/usr/z-empire |
| 113 | ebay.com/usr/icy*2013 |
| 114 | ebay.com/usr/auto.icon |
| 115 | ebay.com/usr/beezbees |
| 118 | ebay.com/usr/bodyjewelry007 |
| 119 | ebay.com/usr/carlight2015 |
| 120 | aliexpress.com/store/819415 |
| 121 | ebay.com/usr/easy-joy-seller |
| 122 | ebay.com/usr/e-share2015 |
| 125 | bojinzhiyi.en.alibaba.com |
| 126 | cantonled.en.alibaba.com |
| 128 | aliexpress.com/store/1589094 |
| 131 | ebay.com/usr/mrcar1988 |
| 134 | ebay.com/usr/soooocool |
| 135 | ebay.com/usr/usdeur2000 |

| 136 | ebay.com/usr/xinxin_2018zyyd |
| 137 | ebay.com/usr/yongchoone125 |
| 138 | ebay.com/usr/zxc_2012 |

| **Defendant Domain Names** | |
| --- | --- |
| 1 | outletfietskleding.net |
| 2 | vetementscyclisme.com |
| 3 | 2016maillotscyclisme.com |
| 4 | sykkelbekledning.com |
| 5 | cradleearth.org |
| 6 | 2013maillotdecyclisme.com |
| 7 | zapatodesport.com |
| 8 | promaillotcyclisme.com |
| 9 | rapllc.org |
| 10 | cheaphats.in |
| 12 | soldescasquette.fr |
| 13 | casquettesobeys.fr |
| 15 | uniqueiphone6cases.com |
| 16 | abbigliamento2016.com |
| 18 | ushatmalls.com |
| 19 | thermionmetalizing.net |
| 20 | tinasgarden.net |
| 21 | cheap-snapback-hats.org |
| 22 | watanyatourism.com |
| 23 | ventagorrasnewera.com |
| 24 | hostalsantaanita.com |
| 25 | dcbaratasonline.com |
| 26 | snapbacks-wholesale.us |
| 27 | gorrasneweracaps.com |
| 28 | officialsnapbackhats.org |
| 29 | wielerkleding2015.net |
| 30 | dcskotilsalg.org |
| 31 | epetten.com |
| 32 | cheap59fiftyhats.com |
| 33 | vslopen.org |
| 34 | uniquesamsunggalaxys5cases.com |
| 35 | anandpolymers.net |
| 36 | topupyoursoundbox.net |
| 37 | vietungdung.net |
| 38 | hatsoutletuk.com |
| 39 | snapcapfr.com |

| 40 | snapbackbasketballhats.org |
| 41 | monsterenergysports.com |
| 42 | gorrasusa.com |
| 43 | cheap--hats.us |
| 44 | oddduck.org |
| 46 | cappellininewerasnapback.com |
| 47 | ropaciclismo2016.com |
| 48 | abbigliamentociclismo2016.net |
| 49 | franceneweracasquette.fr |
| 50 | artisan-plombier-lambert.fr |
| 51 | sneakersnapback.com |
| 52 | 47brandssnapbackhat.net |
| 53 | chambersfurniture.net |
| 54 | airjordan11bredlow.com |
| 56 | dcskotilbud.com |
| 57 | xn--pyrilypaidat-icb4w.net |
| 58 | snapbackcapshats.co.uk |
| 59 | mtg-store.com |
| 60 | capsoutletuk.com |
| 61 | ukcapsoutlet.com |
| 62 | monsterenergygeares.com |
| 63 | monsterenergygearus.com |
| 64 | sykkelklar.com |
| 65 | gerling-makler.com |
| 66 | newera59fifty2015.com |
| 67 | 59fiftycapsonline.com |
| 69 | xn--vtementscyclismepro-vzb.com |
| 70 | xn--cykeltrjer2016-wqb.com |
| 71 | hiphopoutlets.org |
| 72 | fotoenlace2013.com |
| 73 | radtrikot2015.com |
| 74 | jointventurefarm.net |
| 75 | pragueholidays.us |
| 76 | perfectsportshoe.com |
| 77 | fafasale.co |
| 79 | gorrasnewera2015.com |
| 81 | casquettessnewera.fr |
| 82 | caseforsamsunggalaxys5.com |
| 83 | cheapsnapbacksonline.us |
| 84 | cheapsnapbacksstyle.us |
| 85 | cheapsnapbacks.co.uk |

| 86 | buy59fiftycaps.com |
| 87 | cykelklader2016.com |
| 89 | lobstermortgages.co.uk |
| 90 | caphatmalls.com |
| 91 | maillotcyclismefr.com |
| 92 | wielerkleding2016.com |
| 93 | cykelkladerbutik.com |
| 95 | cykelbyxor.com |
| 96 | maillotdecyclisme2016.info |
| 97 | glaccr.org |
| 98 | gorrasneweraes.com |
| 99 | goerishoes.com |
| 100 | nicesnapbackhat.com |
| 101 | jerseysweekend.com |
| 102 | cheap--snapbacks.org |
| 103 | 2016abbigliamento.com |
| 104 | dcschoenenoutlet.com |
| 105 | good-suppliers.net |
| 106 | augustalsinaphonecases.com |
| 107 | 2015newcaps.com |
| 108 | banksyiphone6case.com |
| 109 | michaeljordanphonecase.com |
| 110 | nhliphone6cases.com |
| 111 | wieleroutfit.com |
| 113 | coveriphone6pluscases.com |
| 114 | swaggsta100.com |
| 115 | maillotciclismo2016.info |
| 116 | cykeldanmark.com |
| 117 | maillotscyclismepro.com |
| 118 | maillotscyclisteoutlet.com |
| 119 | mycutelittlehouse.com |
| 120 | newerakappebillig.net |
| 121 | cykel2015.com |
| 122 | snapback--caps.org |
| 123 | snap--backs.org |
| 124 | fietskledingoutler-nl.net |
| 125 | comprabaratoes.com |
| 126 | casquetteparismagasin.com |
| 127 | neweracapsshop.org |
| 128 | 59fiftysnapbacks.com |