IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MONSTER ENERGY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>XIANDA LIN, et al.,<br><br>Defendants. | Case No. 16-cv-00622<br><br>**Judge John J. Tharp, Jr.**<br><br>**Magistrate Judge Susan E. Cox** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on March 14, 2016 [51], in favor of Plaintiff Monster Energy Company ("MEC") and against the Defendants Identified in Schedule A in the amount of two million dollars ($2,000,000) per Defaulting Defendant, and MEC acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| XOBD PLUS TOOLS TECH CO.,LTD | 183 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 7th day of June 2019.

Respectfully submitted,

Amy C. Ziegler
Justin R. Gaudio
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law

*Counsel for Plaintiff Monster Energy Company*

Subscribed and sworn to me by Justin R. Gaudio, on this 7th day of June 2019.

Given under by hand and notarial seal.

ALYSSA GUYNN
Official Seal
Notary Public - State of Illinois
My Commission Expires Nov 16, 2022

Notary Public

State of Illinois
County of Cook